Bonnie SARRELS, Appellant,

v.

Larry G. MASSANARI,[1] Acting Commissioner, Social Security Administration, Appellee,

No. 01–2054.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 15, 2001.

Filed Oct. 18, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Bonnie Sarrels appeals the district court's[2] decision upholding the Commissioner's denial of her applications for disability insurance benefits and supplemental security income. For the reasons explained in the district court's order, we affirm. *See* 8th Cir. R. 47B.

---

1. Larry G. Massanari has been appointed to serve as Acting Commissioner of Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c)(2).

2. The Honorable John F. Forster, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).